

FILED

01 MAR 13 PM 3: 40

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOENG MIN KIM and UNKYOUNG KIM,

Plaintiffs,

Case No.: 99-1416-CIV-T-17B

DON C. KEENAN, CHARLES H. ALLEN,
KAREN D. FARLEY and CHARLES H.
ALLEN, P.C., d/b/a KEENAN FIRM and/or
KEENAN LAW FIRM, and D.C. KEENAN
& ASSOCIATES, P.C., d/b/a KEENAN
FIRM and/or KEENAN LAW FIRM,

Defendants.
_____/

## PLAINTIFFS' MOTION TO REOPEN CASE AND TO SET CASE FOR TRIAL

Plaintiffs JEONG MIN KIM and UNKYOUNG KIM, through their undersigned counsel in this cause, and pursuant to this Court's sixty day Order entered on January 18, 2001 move to reopen this case and set it for trial on the following grounds:

1) This case was set for trial on the February 2001 trial calendar and was pre-tried on January 8, 2001.

2) Shortly after the Pre-Trial Conference, Counsel for Plaintiffs advised the Court that a settlement had been reached, and the parties set about preparing the settlement documentation. Shortly thereafter, the Court entered its sixty day Order and the parties continued exchanging drafts of the settlement documentation.

55

3) After approximately two months of negotiation, it has become apparent that agreement has not reached with regard to several salient features of the settlement, specifically, the terms of a confidentiality agreement and the law governing that confidentiality agreement, and Defendants' insistence upon an expansive indemnity and hold harmless agreement which was not negotiated as part of the settlement.

4) Counsel for Plaintiffs has become convinced that the parties have reached an impasse and will not be able to consummate the settlement in the foreseeable future.

5) For the above reasons, Plaintiffs' respectfully request that the Court rescind its sixty day Order, schedule this cause for another Pre-Trial Conference, and set all remaining issues for trial on the next available docket.

_____
Hugh N. Smith, Esquire
Florida Bar No. 120166
SMITH & FULLER, P.A.
P. O. Box 3288
Tampa, Florida 33601
Telephone No. (813) 221-7171
Florida Bar No. 120166

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded by Certified Mail to **FRANK H. GASSLER, ESQUIRE**, Fowler, White, Gillen, Boggs, Villareal & Banker, P.A., Post Office Box 1438, Tampa, Florida 33601-1438, this __12__ day of **March, 2001.**

_____
Attorney