FILED
01 MAY -2 PM 2:52
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEONG MIN KIM and UNKYOUNG KIM

    Plaintiffs,        Case No.: 8:99-CV-1416-T-30F

vs.

DON C. KEENAN, CHARLES H. ALLEN,
KAREN D. FARLEY, and CHARLES H. ALLEN, P.C.
d/b/a KEENAN FIRM and/or KEENAN LAW FIRM, and
D.C. KEENAN & ASSOCIATES, P.C. d/b/a KEENAN
FIRM and/or KEENAN LAW FIRM

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for the respective parties that the above and foregoing cause has been amicably settled and that this cause should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Hugh N. Smith, Esq.
SMITH & FULLER, P.A.
101 E. Kennedy Blvd., Ste. 1800
Tampa, Florida 33602
813-221-7171
Florida Bar No. 620160
Attorney for Plaintiff

Dated: 5/1/01

_____ for
Frank H. Gassler, Esq.
FOWLER, WHITE, GILLEN, BOGGS,
VILLAREAL & BANKER, P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
813-228-7411
Florida Bar No. 218677  FBN 984116
Attorney for Defendants

Dated: 4/26/01

59